UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nomi Beauty,

                     Plaintiff,

          v.

Estee Lauder Companies, Inc.,

                     Defendant.

26 Civ. 452 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On **March 5,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **March 10, 2026,** at **11:00 a.m. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: March 6, 2026
         New York, New York

_____
        DALE E. HO
United States District Judge